1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES E. ULMSCHNEIDER, | ) | 1:11-cv-1767 |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING APPLICATION |
| | ) | TO PROCEED IN FORMA PAUPERIS |
| v. | ) | |
| | ) | (Document 3) |
| LOS BANOS UNIFIED SCHOOL | ) | |
| DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Charles E. Ulmschneider, appearing pro se, filed a complaint on October 24, 2010.  Also on October 24, 2011, Plaintiff submitted an application to proceed in forma pauperis. A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.


IT IS SO ORDERED.

**Dated:**   **October 27, 2011**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1